IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD WHEELER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES MORGAN, ET AL. | : | NO. 96-7820 |

## ORDER

**AND NOW**, this 20th day of July, 2015, upon consideration of Petitioner's Motion to Reopen Habeas Proceedings (Docket No. 140), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DISMISSED**.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.