IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD WHEELER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES MORGAN, ET AL. | : | NO. 96-7820 |

## ORDER

**AND NOW**, this 7th day of January, 2015, upon consideration of Petitioner Ronald Wheeler's Application for Issuance of Certificate of Appealability (Docket No. 149) and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Application is **DENIED.**

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.